# EXHIBIT B



NEW MEDICAL WEIGHT LOSS OPTIONS: MOUNJARO, OZEMPIC, WEGOVY, ZEPBOUND
WE HAVE SEMAGLUTIDE AND TIRZEPATIDE (GENERIC WEGOVY, OZEMPIC, MOUNJARO and the new ZEPBOUND) IN STOCK. No insurance approval needed

HOME    ** IMPORTANT MESSAGE    ABOUT    SERVICES    FORMS    GALLERY    BLOG    TESTIMONIALS    CONTACT        808-954-4463        BOOK ONLINE

# Welcome to a Unique medical practice

With innovative strategies to optimize your healthy lifestyle

808-954-4463        WEIGHT LOSS INJECTIONS

### Stuart Lerner, MD
Family Medicine, Holistic Medicine, & Urgent Care in Kailua, HI

‹    Pati    *"Dr. Lerner's staff is the best! They are like family."*    ★★★★★    TIFFANY B. **GOOGLE**    ›



Our philosophy is a little more holistic then a "regular" medical office.

We work with you to find out the cause of your illness and eliminate it. Whether it is a hormone-based problem, lifestyle problem, a diet problem.

We are open minded to alternative treatments such as safe HRT for men and women, eliminating toxins in your body, naturopathic treatments for leaky gut, advanced laboratory testing for allergies and heart disease risk.

Also if you come in as a walk-in we will see you. Sometimes it is hard to get through on the phones. If you come in as a walk-in we will see you that day.

General Medical Care

Ask about medical services being offered, including advanced procedures:

• General medical care, urgent care, and preventive care ages 8 to 108! All are welcome (vaccinated or not). Telehealth available.
• Care for diabetes, hypertension, cholesterol, home care, weight management... adolescents, contraception, womens health, elderly care
• URGENT CARE AND MOST WALK-INS CAN BE SEEN THE SAME DAY
• Complete MENS AND WOMENS HEALTH by experienced male and female doctors and nurse practitioners
• NEW ADVANCED MEDICAL WEIGHT LOSS program with terrific results! 10 lbs in a month is average. Get the poison out of your diet!
• Testosterone for men with low T, part of our Kailua Men's Clinic
• Bioidentical HRT for women
• Advanced testing and herbal treatments to improve energy, libido, stress, low thyroid
• Botox cosmetic & Juvederm facial rejuvenation
• BOTOX for TMJ GRINDING TEETH. **** BOTOX for HEADACHE, NECK PAIN may be covered by insurance
• Same day COVID TESTING for individuals, families, or work exposure. NO LINES!
• IVERMECTIN FOR COVID PREVENTION AND TREATMENT (not fda approved)
• Advanced pain management, including Suboxone / Buprenorphine to get off narcotics

- Regenerative therapy for back and joint pain including laser therapy
- Nutrition guidance and supplements for diabetes, fatigue, sleep
- Concierge Medical Service - hotel or home visits for select patients who need discretion and privacy
- Ask about CBD for pain, anxiety, inflammation, sleep
- Medical marijuana certificate available

**Weight loss**

Exciting news! Mounjaro was just just given FDA approval for weight loss!

If your Wegovy or Mounjaro prescription is not covered by insurance you can get generic Semaglutide and Terzepatide

If you cannot get the medication at Kaiser, Straub or the military, we have them in the office for you!

FEATURED SERVICES



Urgent Care

Fatigue & Thyroid Disorders

NEW Weight Loss Rx!!!

Low Testosterone & Bioidentical Hormone Therapy

BOTOX for Headache and Neck Pain, TMJ / Grinding Teeth

Concierge Home / Hotel Medical Visits and IV or Vitamin Infusions

Medical Marijuana

As of Jan 1 2024 we will no longer be offering this service for new patients

UHA Patients

## Welcome to a Unique Medical Practice

## Combining Old Style Family Medicine for ages 8 - 108

including urgent care and house calls
with innovative strategies to optimize your healthy lifestyle
including holistic, preventive, and integrative medicine.

### About the Practice

Welcome to Stuart Lerner, MD, a Family Medicine practice offering both traditional and holistic medicine, along with Urgent Care in Kailua.

The team at Stuart Lerner, MD, prevents and treats a wide range of ailments, including acute illnesses and injuries, as well as chronic conditions such as diabetes. Our goal is to find the cause for your illness, eliminate the cause, especially if it is diet related, and get you off your medications if possible! This includes medicines for blood pressure, diabetes and even pain medicines. We also concentrate on optimizing health, hormone balance, and lifestyle medicine.

The family practice also offers Covid testing, physical exams, adolescent to elderly care, assistance with weight-loss, and offers aesthetic treatments, including Botox and Juvederm ®.

We are excited to announce expansion of our medical services with:

**"Hawaii Integrative Family Medicine and Urgent Care"**

The new title better encompasses the breadth of services we offer.

We have added a new medical doctor for traditional care, Dr Economos.

We have added a new Nurse Practitioner, who specializes in Geriatrics and Women's Health.

Our office is home to the Kailua Men's Clinic for Low T for men and we are the only specialized center for Mens' health on the windward side

We will also be updating our medical record system and phone capabilities to accommodate our growing need for scheduling and refills.

If you're ready to get to the root of your health problems, or are interested in optimizing your wellness, call on Dr. Lerner and the Hawaii Integrative Family Medicine team at his practice today.

To schedule a consultaion or appointment please call:

808-954-4463

## Our Physicians and Providers



Stuart Lerner, MD

Family Medicine



Katherine Filbeck, APRN-Rx, NP-C

Family Nurse Practitioner



Jennifer Williams, NP

Women's Health Nurse Practitioner



Christina Economos , MD

General Medicine

Advanced medical therapeutics with traditional and holistic approaches.
Preventing and treating the cause of illness and promoting longevity.



### Tirzepatide And Semaglutide: Learn About These New Weapons In The Weight Loss Battle

Beyond traditional diets: Discover the next-generation solutions revolutionizing weight management. Weight loss injectables offer hope to the many Americans struggling with their weight.



### Bothered By Teeth Grinding? Botox Can Help

Do you get jaw pain or headaches from grinding your teeth? BOTOX can help....



### 5 Symptoms That Suggest You May Have A Thyroid Disorder

Do you feel exhausted most of the time? Do you find it difficult to control your weight? Is "brain fog" an ongoing problem? If you answered yes to these questions, a thyroid disorder could be the culprit. Learn more here.

| LOCATION | OFFICE HOURS | | GET IN TOUCH |
|---|---|---|---|
| Stuart Lerner, MD | Monday | 8:30 am - 5:00 pm | 808-954-4463 |

Kailua, HI 96734

Phone: 808-954-4463

Fax: 888-364-2014

| | |
|---|---|
| Wednesday | 8:30 am - 5:00 pm |
| Thursday | 8:30 am - 5:00 pm |
| Friday | 8:30 am - 5:00 pm |
| Saturday | NEW: We have opened Saturday mornings for weight loss consultations 8:30 am - 11:00 am! |
| Sunday | Closed |

SCHEDULE APPOINTMENT ONLINE



"I have been a patient of Dr. Lerner for more than 6 months and you just can not beat his bedside manners and knowledge of medical experience."

ROBERT V.

Pause

○ ○ ● ○

© Copyright 2024 Tebra Inc.     Privacy Policy     Terms & Conditions     Accessibility Notice     Contact Us

Stuart Lerner, MD, Kailua, HI

Phone (appointments): 808-954-4463     |     Phone (general inquiries): 808-954-4463

Address: 970 N Kalaheo Avenue, Suite C316, Kailua, HI 96734

**4.88** 5  ★★★★★ (40 reviews)

Medical website powered by Tebra

NEW MEDICAL WEIGHT LOSS OPTIONS. MOUNJARO, OZEMPIC, WEGOVY, ZEPBOUND
WE HAVE SEMAGLUTIDE AND TIRZEPATIDE (GENERIC WEGOVY, OZEMPIC, MOUNJARO and the new ZEPBOUND) IN STOCK. No insurance approval needed

HOME   ** IMPORTANT MESSAGE   ABOUT   SERVICES   FORMS   GALLERY   BLOG   TESTIMONIALS   CONTACT

808-954-4463        BOOK ONLINE

## Weight Loss

If your Wegovy or Mounjaro prescription is not covered by insurance you can get
generic Semaglutide and Terzepatide  in our office at 1/3 the cost!

Stuart Lerner, MD   >   Our Services   >   Weight Loss

  

### WE HAVE GENERIC WEGOVY OZEMPIC SEMAGLUTIDE WEIGHT LOSS injectables



Traditional and Holistic Medicine
970 N. Kalaheo Ave., #C316
Kailua, HI 96734
**FREE Parking**
For an appointment, please call
**808.954.4463**

Dr. Lerner's office has been a leader in Lifestyle Medicine, in safe testosterone hormone replacement for men, and in women's health for many years. We have added new practitioners for women's HRT, and general medical care.





Katherine Filbeck, APRN-Rx, NP-C
Family Nurse Practitioner

Jennifer Williams, DNP, APRN
Women's Health Nurse Practitioner

Christina Economos , MD
General Medicine

For more info or to book an online appointment please visit
**www.dr-lerner.com**

## Ask about our new weight loss options!

We have new and exciting medical help for weight loss.

We offer new medicines including weekly injection treatments that can help you lose weight. Losing 10 pounds safely and easily in 1 month is very common! There are new FDA approved medications for weight loss and diabetes that accelerate weight loss. The results are astounding. One patient lost 9 pounds in one week. The mechanisms are multifactorial: appetite suppression, increased metabolism and insulin sensitivity...

There are clinically proven results of 10-20% weight loss in a year. Most patients are seeing results in the first week!

This is on top of our "standard" medication / diet program which works quite well.

If you are stuck at a certain weight, diet and exercise haven't worked, and you want to see quick and safe results, come in for an evaluation. Most medicines: Mounjaro, Wegovy, Ozempic, and Trulicity, are usually covered with insurance.

If the medicine is not covered under your insurance, it could cost over $1200 per month which is obviously exorbitant. We can get the same medication from the mainland at a markedly reduced price!

If you are calling from outside of Hawaii, we can easily take care of your needs by telehealth. Please call for details.

Let's get your weight down, improve your functioning, self esteem, and risk of illness. Call for an appointment.

Separately, if you struggle with weight, you may have a hormonal problem that actually prevents you from losing weight, even if you exercise. Most physicians do not test for this. This can be easily fixed with hormone balancing and possibly medications. We make easy to follow programs that help patients, from young otherwise healthy people to older cardiac patients. Collectively in our practice, patients have lost approximately 850 lb in the last 2 years, many without even exercising. (But we do recommend exercise if you can.) If you would like results, come to Dr. Lerner for weight-related medical services. Find the right solution by scheduling an appointment online or over the phone today.

## FEATURED SERVICES



© Copyright 2024 Tebra Inc.    Privacy Policy    Terms & Conditions    Accessibility Notice    Contact Us

Stuart Lerner, MD, Kailua, HI

Phone (appointments): 808-954-4463    |    Phone (general inquiries): 808-954-4463

Address: 970 N Kalaheo Avenue, Suite C316, Kailua, HI 96734

4.88   5   ★ ★ ★ ★ ★
(40 reviews)

Medical website powered by Tebra

**NEW MEDICAL WEIGHT LOSS OPTIONS: MOUNJARO, OZEMPIC, WEGOVY, ZEPBOUND!**
WE HAVE SEMAGLUTIDE AND TIRZEPATIDE (GENERIC WEGOVY, OZEMPIC, MOUNJARO and the new ZEPBOUND) IN STOCK. No insurance approval needed

## New weight loss options!

Stuart Lerner, MD  >  Blog  >  New weight loss options!



New studies are showing an **average** of 15-20%, equal to 50 pounds weight loss!

We have Mounjaro, Wegovy, Ozempic, Semaglutide, weight loss injectables…in STOCK!!!

My own patients have safely lost 10 lb in 2 weeks!

Go home with meds in your hand!

Or we can order and ship to your house if you are on the mainland or outer island..

Start losing weight today! Proven results averaging 10- 20% of your body weight. You will be followed by a physician or nurse practitioner one on one. . We have opened our office on Saturday mornings to meet demand!

Book an appointment online today as medicines are in short supply.

# You Might Also Enjoy...



### Tirzepatide and Semaglutide: Learn About These New Weapons in the Weight Loss Battle

Beyond traditional diets: Discover the next-generation solutions revolutionizing weight management. Weight loss injectables offer hope to the many Americans struggling with their weight.



### Bothered by Teeth Grinding? Botox Can Help

Do you get jaw pain or headaches from grinding your teeth? BOTOX can help....



### 5 Symptoms That Suggest You May Have a Thyroid Disorder

Do you feel exhausted most of the time? Do you find it difficult to control your weight? Is "brain fog" an ongoing problem? If you answered yes to these questions, a thyroid disorder could be the culprit. Learn more here.

### Can Medical Marijuana Help My Digestive Disorder?

If you live with a persistent digestive disorder, front-line treatments may not always provide effective relief. Learn how medical marijuana works to ease hard-to-manage gastrointestinal symptoms — and find out how it can help you.

### Weight-loss drug Wegovy cuts heart attack, stroke risk by 20%, study says

A new study shows the popular weight loss drug Wegovy can also reduce the risk of a heart attack or stroke by 20%.

### Urgent Care

We offer same-day, walk-in and urgent care appointments. Skip the lines and the phone calls, and just come in for evaluation for flu symptoms, back pain, work notes, COVID tests...



© Copyright 2024 Tebra Inc.    Privacy Policy    Terms & Conditions    Accessibility Notice    Contact Us

Stuart Lerner, MD, Kailua, HI

Phone (appointments): 808-954-4463    |    Phone (general inquiries): 808-954-4463

Address: 970 N Kalaheo Avenue, Suite C316, Kailua, HI 96734

**4.88** / 5    ★★★★★
(40 reviews)

Medical website powered by Tebra

NEW MEDICAL WEIGHT LOSS OPTIONS: MOUNJARO, OZEMPIC, WEGOVY, ZEPBOUND!
WE HAVE SEMAGLUTIDE AND TIRZEPATIDE (GENERIC WEGOVY, OZEMPIC, MOUNJARO and the new ZEPBOUND) IN STOCK. No insurance approval needed

HOME    ** IMPORTANT MESSAGE    ABOUT    SERVICES    FORMS    GALLERY    BLOG    TESTIMONIALS    CONTACT    808-954-4463    BOOK ONLINE

## Tirzepatide and Semaglutide: Learn About These New Weapons in the Weight Loss Battle

Stuart Lerner, MD  >  Blog  >  Tirzepatide and Semaglutide: Learn About These New Weapons in the Weight Loss Battle

fb Like 0   Share      Pin it      X Post



Tackling weight loss can sometimes feel like a never-ending roller coaster. The cycle of shedding and regaining weight can be disheartening. The good news is that innovation in the realm of weight loss has brought promising solutions like tirzepatide and semaglutide.

At our serene clinic nestled in Kailua, Hawaii, Dr. Stewart Lerner, MD, and our proficient team are committed to your well-being. Specializing in metabolic, regenerative, anti-aging, and functional medicine, Dr. Lerner recognizes the unique challenges tied to weight loss.

To help patients tackle excess weight, our team provides individualized weight management plans, which may include breakthrough medications like tirzepatide and semaglutide.

## A deep dive into tirzepatide and semaglutide

While both tirzepatide (known commercially as Mounjaro®) and semaglutide (Ozempic®) were initially designed to regulate blood glucose for patients with Type 2 diabetes, their potential for weight management has become evident.

Semaglutide has secured its position with Food and Drug Administration approval under the brand name Wegovy® to address obesity. Tirzepatide is racing toward approval due to its impressive outcomes, often surpassing other weight-loss injections. As of this writing, it is used off-label for weight management.

The mechanisms of these medications differ slightly, with tirzepatide boasting dual-action capabilities that may elevate weight loss

DIRECTIVES

## Understanding how Tirzepatide and Semaglutide influence weight

At their core, both semaglutide and tirzepatide manage weight by moderating hunger, ensuring reduced food intake.

### Semaglutide

Falling under the glucagon-like peptide-1 (GLP-1) receptor agonists category, semaglutide imitates the GLP-1 hormone actions, which the digestive system releases after you eat. This hormone helps produce insulin and taps into the brain's appetite center, signaling satiation.

### Tirzepatide

Pioneering its drug category, tirzepatide is a dual receptor agonist for both GLP-1 and glucose-dependent insulinotropic polypeptide (GIP). GIP, another digestive hormone, stimulates insulin release.

With the injections, heightened GIP levels prolong the digestion process, ensuring prolonged satiety. These medications also appear to cut down food cravings, further regulating calorie intake.

## Is this the right choice for me?

We have generic semaglutide and tirzepatide (usually) in stock and can dispense it to any patient who is overweight. There are no "restrictions" or "approvals" needed off the insurance, and because of this we can offer a substantial discount from the pharmacy price. Please come in to discuss your individual needs. There are no obligations or commitments, and we will teach you how to stop or wean off the medicine if you desire. You do not have to stay on the medicine forever. We will guide you through the process. Many of our patients have lost 15 pounds in the first month and a few have lost 50 pounds in 5 months. The results can be life-changing.

For optimal results, these injections should align with a balanced diet and consistent exercise. On average, individuals might experience a 12% weight loss with semaglutide and an astounding 20% with tirzepatide over a span of 16 months.

There's more to weight loss than willpower. Modern medicinal advances provide hope. If you're eager to explore these options further, connect with our dedicated team for a comprehensive weight management discussion.

With the help of medical intervention, the odds of lasting weight loss are finally in your favor. Get started today by contacting our office in Kailua, Hawaii, today.

## You Might Also Enjoy...



### Bothered by Teeth Grinding? Botox Can Help

Do you get jaw pain or headaches from grinding your teeth? BOTOX can help....



### 5 Symptoms That Suggest You May Have a Thyroid Disorder

Do you feel exhausted most of the time? Do you find it difficult to control your weight? Is "brain fog" an ongoing problem? If you answered yes to these questions, a thyroid disorder could be the culprit. Learn more here.

### Can Medical Marijuana Help My Digestive Disorder?

If you live with a persistent digestive disorder, front-line treatments may not always provide effective relief. Learn how medical marijuana works to ease hard-to-manage gastrointestinal symptoms — and find out how it can help you.

### Weight-loss drug Wegovy cuts heart attack, stroke risk by 20%, study says

### New weight loss options!

### Urgent Care

A new study shows the popular weight loss drug Wegovy can also reduce the risk of a heart attack or stroke by 20%.

...FRONT DESK AT OUR OFFICE. WE HAVE OZEMPIC NOW, MOUNJARO, (SEMAGLUTIDE AND TIRZEPATIDE) IN STOCK!

We offer same day walk-ins and urgent care appointments. Skip the lines and the phone calls, and just come in for evaluation for flu symptoms, back pain, work notes, COVID tests...

© Copyright 2024 Tebra Inc.     Privacy Policy     Terms & Conditions     Accessibility Notice     Contact Us

Stuart Lerner, MD, Kailua, HI

Phone (appointments): 808-954-4463   |   Phone (general inquiries): 808-954-4463

Address: 970 N Kalaheo Avenue, Suite C316, Kailua, HI 96734

**4.88** / 5     ★★★★★
(40 reviews)

Medical website powered by Tebra