# EXHIBIT C

Home  >  Whois Lookup  >  MoUnjaRoHawaii.com

# Whois Record for MoUnjaRoHawaii.com

**━ Domain Profile**

| | |
|---|---|
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: https://www.godaddy.com,http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br><br>abuse@godaddy.com<br>(p) +1.4806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 406 days old<br>Created on 2023-05-07<br>Expires on 2025-05-07<br>Updated on 2024-05-08 |
| **Name Servers** | NS49.DOMAINCONTROL.COM (has 59,678,358 domains)<br>NS50.DOMAINCONTROL.COM (has 59,678,358 domains) |
| **IP Address** | 3.33.152.147 - 9,159,981 other sites hosted on this server |
| **IP Location** | 🇺🇸 - New Jersey - Princeton - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And No Website |
| **IP History** | 1 change on 1 unique IP addresses over 1 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 1 year |

**Whois Record ( last updated on 2024-06-16 )**

```
Domain Name: mounjarohawaii.com
Registry Domain ID: 2779032455_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2024-05-08T13:47:03Z
Creation Date: 2023-05-07T23:23:12Z
Registrar Registration Expiration Date: 2025-05-07T23:23:12Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
```

```
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 100 S. Mill Ave, Suite 1600
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85281
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=mounjarohawaii.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 100 S. Mill Ave, Suite 1600
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85281
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=mounjarohawaii.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 100 S. Mill Ave, Suite 1600
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85281
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?domain=mounjarohawaii.com
Name Server: NS49.DOMAINCONTROL.COM
Name Server: NS50.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

Case 1:24-cv-00260-DKW-WRP   Document 1-3   Filed 06/19/24   Page 4 of 10   PageID.73



## Tools

| Hosting History | |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
|---|---|
| Visit Website | |

| ⬇ Preview the Full Domain Report |
|---|

Case 1:24-cv-00260-DKW-WRP    Document 1-3    Filed 06/19/24    Page 5 of 10   PageID.74

Case 1:24-cv-00260-DKW-WRP   Document 1-3   Filed 06/19/24   Page 6 of 10   PageID.75

NEW MEDICAL WEIGHT LOSS OPTIONS: MOUNJARO, OZEMPIC, AND WEGOVY! Be ready for summer, weddings!

We have generic Wegovy and Ozempic IN STOCK! and Mounjaro by Rx. NO 'APPROVAL' NEED

HOME    ** IMPORTANT MESSAGE    ABOUT    SERVICES    FORMS    GALLERY    BLOG    TESTIMONIALS    CONTACT    808-954-4463    SCHEDULE APPOINTMENT ONLINE    MORE

# Welcome to a Unique medical practice.

Combining Old Style Family Medicine for ages 8 - 108!

808-954-4463    COVID-19 AND TELEHEALTH



## Stuart Lerner, MD

Family Medicine, Holistic Medicine, & Urgent Care in Kailua, HI

‹   *"Dr. Lerner and his excellent staff make office visits painless."*      CHRISTINE P. **GOOGLE**   ›

Our philosophy is a little more holistic then a "regular" medical office.

We work with you to find out the cause of your illness and eliminate it. Whether it is a hormone-based problem, lifestyle problem, a diet problem.

We are open minded to alternative treatments such as safe HRT for men and women, eliminating toxins in your body, naturopathic treatments for leaky gut, advanced laboratory testing for allergies and heart disease risk.

Also if you come in as a walk-in we will see you. Sometimes it is hard to get through on the phones. If you come in as a walk-in we will see you that day.

### General Medical Care

Ask about medical services being offered, including advanced procedures:

• General medical care, urgent care, and preventive care ages 8 to 108! All are welcome (vaccinated or not). Telehealth available.
• Care for diabetes, hypertension, cholesterol, home care, weight management... adolescents, contraception, womens health, elderly care
• URGENT CARE AND MOST WALK-INS CAN BE SEEN THE SAME DAY
• Complete MENS AND WOMENS HEALTH by experienced male and female doctors and nurse practitioners
• NEW ADVANCED MEDICAL WEIGHT LOSS program with terrific results! 10 lbs in a month is average. Get the poison out of your diet!
• Testosterone for men with low T, part of our Kailua Men's Clinic
• Bioidentical HRT for women

Case 1:24-cv-00260-DKW-WRP   Document 1-3   Filed 06/19/24   Page 10 of 10  PageID.79

- Advanced testing and herbal treatments to improve energy, libido, stress, low thyroid
- Botox cosmetic & Juvederm facial rejuvenation
- BOTOX for TMJ GRINDING TEETH. **** BOTOX for HEADACHE, NECK PAIN may be covered by insurance
- Same day COVID TESTING for individuals, families, or work exposure. NO LINES!
- IVERMECTIN FOR COVID PREVENTION AND TREATMENT (not fda approved)
- Advanced pain management, including Suboxone / Buprenorphine to get off narcotics
- Regenerative therapy for back and joint pain including laser therapy
- Nutrition guidance and supplements for diabetes, fatigue, sleep
- Concierge Medical Service - hotel or home visits for select patients who need discretion and privacy
- Ask about CBD for pain, anxiety, inflammation, sleep
- Medical marijuana certificate available

*Image Supplied By DomainTools.com*

| View Screenshot History |
|---|

## Available TLDs

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| MoUnjaRoHawaii.com | View Whois |
|---|---|
| MoUnjaRoHawaii.net | Buy Domain |
| MoUnjaRoHawaii.org | Buy Domain |
| MoUnjaRoHawaii.info | Buy Domain |
| MoUnjaRoHawaii.biz | Buy Domain |
| MoUnjaRoHawaii.us | Buy Domain |